DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEBASTIAN FOMENKO,**
Appellant,

v.

**DEPARTMENT OF HEALTH, THE FLORIDA BOARD OF MASSAGE,**
Appellee.

No. 4D18-2830

[April 18, 2019]

Appeal from the State of Florida, The Florida Board of Massage, L.T. Case No. 2018-01977.

Sebastian Fomenko, Pembroke Pines, pro se.

Louise St. Laurent, General Counsel, and Christine E. Lamia, Chief Appellate Counsel, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*